Tyrone L. ROBERSON, Petitioner–Appellant,

v.

WARDEN, EVANS CORRECTIONAL INSTITUTION; Charles M. Condon, South Carolina Attorney General, Respondents–Appellees.

No. 02–7781.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 4, 2003.

Decided Feb. 25, 2003.

Tyrone L. Roberson, Appellant Pro Se. Derrick K. McFarland, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellees.

---

Before WILKINS, Chief Judge, and LUTTIG and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Tyrone L. Roberson appeals the district court's order denying his motion to amend the judgment filed August 27, 2002. We have reviewed the record and find no abuse of discretion. Accordingly, we affirm on the reasoning of the district court. *See Roberson v. Warden, Evans Corr. Inst.,* No. CA–01–4090–8–11–B1 (D.S.C. Oct. 25, 2002). We also deny Roberson's motion to amend his notice of appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*